IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DELORES WONACOTT, JAMES J. WONACOTT, and TIMOTHY A. WONACOTT, Individually and collectively as the Heirs of JAMES D. WONACTOTT,<br><br>Plaintiffs,<br><br>v.<br><br>VERMEER MANUFACTURING COMPANY and VERMEER ROCKY MOUNTAIN INCORPORATED,<br><br>Defendants. | Case No. CV-06-450-S-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice (Docket No. 32) filed November 21, 2007. The Court having considered the pleadings, shall approve the Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS HEREBY ORDERED THAT this case is DISMISSED, with

prejudice, and each party shall bear its own costs and attorneys' fees.

DATED: **November 26, 2007**

_____
B. LYNN WINMILL
Chief Judge
United States District Court